# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Stefany Garcia,<br><br>        Defendant. | CASE NO.: 3:21-cr-1748-JLS<br><br>Order to Continue Motion Hearing and Trial Setting Hearing |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Garcia's motion hearing and trial setting hearing, currently scheduled for July 23, 2021, shall be continued to August 13, 2021 at 1:30 p.m. For the reasons set forth in the joint motion, it is further ordered that time between July 23, 2021 and August 13, 2021 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

IT IS SO ORDERED.

Dated: July 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge