UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Stefany Garcia,<br><br>　　　　　　　　Defendant. | CASE NO.:  3:21-cr-1748-JLS<br><br>Order to Continue<br>Motion Hearing and Trial Setting |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Garcia's motion hearing and trial setting be continued from August 13, 2021 to September 24, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by August 27, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  August 11, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge